**EXHIBIT 2:** INFRINGEMENT# 1

URL: https://www.ai-ap.com/publications/article/22624/trending-dogs-cats-and-other-pets-to-start.html



