UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANA ROMANOVA,

                 Plaintiff,

                                                                  22 **CIVIL** 8948 (VEC)

           -against-                                   **DEFAULT JUDGMENT**

AMILUS INC.,

                 Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated June 18, 2025, Plaintiffs' motion for a default judgment is GRANTED. IT IS FURTHER ORDERED that Defendant must pay $ 6,002.10 in statutory damages under 17 U.S.C. § 504(c). To account for damages, Plaintiff submitted a 2018 royalty statement for prior licensing of various photographs taken by Plaintiff, in which the average licensing fee was 1,026. Declaration of Joshua Vera, Exhibit 5, Dkt. 185. In 2018, the average exchange rate for 1 was $1.1793, making the average licensing fee $1,200.42. Adopting Plaintiff's proposal to multiply the license fee by five to adequately deter Defendant and to account for its willful violation, the Court will award civil penalties in the amount of $6,002.10. Defendant must pay $2,612.50 in attorneys' fees and $442.00 in costs pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P 54(d) and post-judgment interest under 28 U.S.C.A. § 1961. IT IS FURTHER ORDERED that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work. Pursuant to 17 U.S.C. § 502(a), Defendant is enjoined from continuing to store and display Plaintiff's photograph as set forth in the Complaint; accordingly, the case is closed.

**DATED**: New York, New York
             June 20, 2025

                                                                  TAMMI M. HELLWIG
                                                                  Clerk of Court

                                              BY:
                                                                Deputy Clerk