```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JANA ROMANOVA,                                                 :
                                                               :
                                    Plaintiff,                 :
                                                               :         22-CV-8948(VEC)
            -against-                                          :
                                                               :         ORDER
                                                               :
AMILUS INC.,                                                   :
                                                               :
                                    Defendant.                 :
-------------------------------------------------------------- X

VALERIE CAPRONI, District Judge:

      WHEREAS on April 24, 2023, the Court dismissed the case with prejudice on the basis that Defendant's publication of Plaintiff's photograph constituted fair use, *see* Opinion, Dkt. 33;

      WHEREAS on May 22, 2023, Plaintiff filed a notice of appeal, *see* Dkt. 35;

      WHEREAS on May 23, 2025, the U.S. Court of Appeals for the Second Circuit reversed this Court's decision to dismiss the case and remanded with instructions to enter a default judgment in Plaintiff's favor, having decided that Defendant's copying of Plaintiff's work did not constitute fair use, *see* Opinion, Dkt. 37;

      WHEREAS the Mandate issued on June 16, 2025, *see* Dkt. 38;

      WHEREAS on June 18, 2025, the Court granted Plaintiff's motion for default judgment, and entered judgment against Defendant in the amount of $6,002.10, as well as $2,612.50 in attorneys' fees and $442 in costs, *see* Dkt. 39; and

      WHEREAS on July 7, 2025, Plaintiff moved for an additional sum in attorneys' fees and costs reflecting the fees and costs associated with her successful appeal, *see* Dkt. 42.

      IT IS HEREBY ORDERED that if Defendant fails to respond to Plaintiff's motion for attorneys' fees and costs by August 22, 2025, the Court will deem the motion fully briefed.

2

IT IS FURTHER ORDERED that Plaintiff must serve this a copy of this Order on Defendant by mail to Amilus Inc., 5 East 16th Street, 11th Floor, New York, N.Y. 10003 by August 8, 2025 and file proof of service on the docket by August 11, 2025.

**SO ORDERED.**

Date:  **August 7, 2025**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

2