```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

JANA ROMANOVA,

                            Plaintiff,

             -against-

AMILUS INC.,

                           Defendant.

-------------------------------------------------------------- X

22-CV-8948(VEC)

<u>ORDER</u>

**VALERIE CAPRONI, District Judge:**

        WHEREAS on July 7, 2025, the Plaintiff filed a Motion for Attorney Fees and Costs, Dkt. 42; and

        WHEREAS Plaintiff filed an accompanying Exhibit consisting of time/billing records, Dkt. 43, Exhibit 1.

        IT IS HEREBY ORDERED that Plaintiff must provide these time/billing records in Excel format to the Court via email **by Friday, November 7, 2025**.

**SO ORDERED.**

Date: November 3, 2025
        New York, NY

                                              **VALERIE CAPRONI**
                                              **United States District Judge**