UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JANA ROMANOVA,                                    :
                                                  :
                              Plaintiff,          :
                                                  :
                    -against-                     :
                                                  :
AMILUS INC.,                                       :
                                                  :
                              Defendant.          :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2026

22-CV-8948(VEC)

ORDER

VALERIE CAPRONI, District Judge:

WHEREAS the Opinion and Order at Dkt. 49 was mailed to Defendant Amilus Inc. at

5 East 16th Street / 11th Floor / New York, NY 10003; and

WHEREAS that mailing was returned as undeliverable and unable to be forwarded.

IT IS HEREBY ORDERED that the Clerk of the Court mail a copy of the Opinion and

Order at Dkt. 49 to Defendant Amilus Inc. at. 405 Park Avenue / New York, NY 10022.

**SO ORDERED.**

**Date:  January 15, 2026**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**